IN THE UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF ARKANSAS

_____Civil_____ DIVISION

FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 29 2015
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Willie Munn
P.O. Box 600
Grady Ark 71644
(Enter above the full name of the plaintiff(s) in this action.)

V.   CASE NO. __4:15-CV-467-BRW___ Et, Al

Crissy Hunt Et, Al
209 S Main Street
Hope Ark 71801
(Enter above the full name of the defendant(s) in this action.)

This case assigned to District Judge __Wilson__
and to Magistrate Judge __Ray__

I.  Previous Lawsuits
   a) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____    No __✓__

   b) If your answer to "a" is "Yes", describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this lawsuit
      Plaintiffs: Willie Munn
      P.O. Box 600, Grady Ark 71644
      Defendants: Crissy Hunt
      209 S, Main Street Hope Ark 71801

   2. Court (if federal court, name the district; if state, name the county): _____

   3. Docket Number: _____

4) Name of judge to whom case was assigned: _____

5) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6) Approximate date of filing lawsuit: _____

7) Approximate date of disposition: _____

II.  Place of Present Confinement: _____

_____

III.  There is a prisoner grievance procedure in the Arkansas Department of Corrections. **Failure to complete the grievance procedure may affect your case in federal court.**

a)  Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____   No ✓

b)  If your answer is "yes", attached copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

c)  If your answer is "no", explain why not: _Deal with Parole Officer, And city police. I Did Appeal To The parole Board_

IV.  Parties

(In item "a" below, place your name in the first blank and place your present address in the second blank.

a)  Name of Plaintiff: _Willie Munn_
Address: _P.O. Box 600 BKS #2_
_Grady Arkansas 71644_
Name of Plaintiff: _Mary Eliza Munn_
Address: _114 Hempstead 58_
_Ozan Ark 71855_

(In item "b" below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b) Defendant: Crissy Hunt
Position: Parole officer
Place of Employment: Hope Arkansas
Address: 209 S. Main Street Hope Ark 71801

Defendant: Casey Parker
Position: Police officer
Place of Employment: Nashville Police Department
Address: 401 N Mail street Nashville Ark 71852

Defendant: Austin Wakefield
Position: Police officer
Place of Employment: Nashville police Department
Address: 401 N. Mail St Nashville Ark 71852

Defendant: Joe Kuhn
Position: Area Supervisor's
Place of Employment: Hempstead County
Address: 209 s main st Hope Ark 71801

V. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. It you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In The United States District Court of Arkansas
Western District of Texarkana
Division
Civil 42 U.S.C. 1983

Willie Munn, motion To Re Instate
Vs
Criss Hunt Parole officer    ET' Al
Ashley Vailes Parole Hearing Judge
Arkansas Parole Board & Government
Officer Casey Parker, Nashville Police Dep.
Officer Dustin Wakefield, Nashville Police Dep.

Plaintiff Was Release on parole July 16, 2013; on 7-8-15 A parole Hearing was held In Nashville Arkansas Alledging That I violated some of The conditional of my paroles. It was held over A speeker phone In A office which Denied me Due process of my 5th Amend Which state In Part [N]o person Shall Deprive Any person of Life Liberty or property without Due process of Law. Which Invoke my 8th Amend of Cruel And unusually Punishment By using Alledgation That I have Not Been To Court on, And some I had

1

Been Convicted of; Double Jeopardy 5th Amend Which Invoke my 14th Amend Which states In part [N]o state shall deprive Any person of Life Liberty or property without Due process of Law; Nor Deny To Any person within Its Juridriction The Equal protection Of The Law; The state parole officer Jump over The New Charges And violated my parole; Before I had A Chance To Ajuadate Them Deny Due process of Law; violate my 5th 8th & 14th Amend of The state And united states Constitution See Morrissey 408 U.S. 489 See E. 9. U.S. Havier 155 F3d 1090 1093 9th Cir (1998) state Notice Inade-guate Because "Alluded only to" Another Federal or state Local Crime' that had Been Committed; without stating specific statute under Which Government Intended To Charge Parolee; The parole Just wrote up All These Allegation without citing What statute I violated violate Due process Morrissey 408 us at 482

Officer Dustin Wakefield wrote some charges out, file them in Circuit Court of Howard County. The charges still pending; But he also came to my parole hearing on 1-8-15 and gave a testiomy. I have not had due process of law on thoes charges in the county yet, 5, 6, 14, Amend;

2

Officer Casey Parker, of the Nashville Police dept. wrote some Ticket's came to court I was found guity of thoes ticket's in court was sentence to 10, days Jail 1-12-12-14 391.00 fine; Then on 1-8-15 officer Casey came to my parole hearin and gave another testiomy on the same Tickets he wrote and I was punish in District court; And parole Revoked Double Jeopardy Arguement

Collateral Estoppel

The Double Jeopardy Clause Encompasses the doctrine of Collateral Estoppel which holds that when an issue has been determined by a final Judgment.

3

the Issue may Not Be Relitigated between the same Parties. See Ash v. Swenson 397 U.S. 436 438-39 (1977). In A Criminal Case:

These officer have gave false Information;

False In prisoment
Consperict
Prejudices
Perjury
Raisour pro Freiding
Selective Prosecuting
Vandictness Prosecuting
Slander my Charcter
Illegal Arrest
Illegal Search
Never Read my Mairanda Rights
Tarking Certion Individuals Person"

Paralee! See Morrissey 408 U.S. at 482 The Government could have Lodge A Warrant But was Suppose To hold It In Aybance; until The Final Disposition of The New Charges would Gave me Due Process They did

4

Not Do That. Although parolee's Liberty Interest is conditioned on Observance of parole conditions. Termination of parole Inflicts Grievous Loss And deserves due Process Protection; That why I Brings This 42 U.S.C. § 1983-1985. For Damages; It not A Crime To Be charge with A Crime It only A Crime If You Are Convicted: Then Parole Is A~~ctor~~ Revoke Anyway But For A Officer To write A Charge sit object on His own Charge, To Testify, when The District Attorney Has Not Process The Charges yet; Motion For Discovery Just Came Back; But I was Ship To Prison; That Another Thing It peoples been In The County 4 & 5 month's I spent 5 day In The County; (prejudices); Now If They dismiss The Charges They Remove The Basis For The Revocation, see Wolff Vs McDonnell 418 U.S. 539 558 (1974).

5

Subscribed And sworn To Before Me A Notary Public This 21st day of January 2015

FREDDIE A. OTTS, JR
NOTARY PUBLIC-STATE OF ARKANSAS
HOT SPRING COUNTY
My Commission Expires 06-01-2017
Commission # 12360960

Willie Munn

06-01-2017    Willie Munn ADC 800422

My Comm Exspires

Fredd A Otts
Notary Public

Dispact Report of 11-21-14
1. Raisul profielbing
2. Conspericy
3. prejudre
4. seclective proseculation
5. vandackness prosecution
6. slander my chactere
7. False Arrest
8. Illegal Search
9. perjury - A Lisa Hakwins said I pull A Gun on her 11-21-14 Never found Gun) pwgery
Never Read me my Rights
Tarking Individuall person Prejudices
There no Toxology Report from any one That I Test postive for Cocaine Are Any Thing when I Ask Them for one No one had one, To Support What They Talking About, False Presury Report's, I had A Right To Cross Examil And see The Report, who proform The Ayliness Drug test Report, Mrs Hunt said she did, That Not Due Process, My 5th 8th And 14th Amend of The state And United States Constitutional Rights Has Been violated; parole officer witness her own Report.

6

## Plaintiff's Summary

On 1-8-15 my parole was revoked; by Officer Crissy Hunt, she wrote some allegation and witness her own complaint; then she submitted it to the hearing judge, But Did not give me a chance to cross Ex'man The <u>witness</u> or They <u>Report</u> <u>Why</u> Because she Never sent Any Information, To The State Crime Lab To Test Yet she made Allegation That I Tested Postive For [Cocain] see page (3) of Her Report Subject's statement; She Fail To state what Statute That I Violated And provide The Person who charge me with violation The Law; so I could Cross Exaim Him; or Her, She Fail To state The Statute In which The Government Intend To charge me; so I would Have Adquadic Notice of The Parole Violation; This Violated My Due Process of my 5th & 14 Am of The state And united

(1)

States for Constitutional Rights see cases

United States
  vs                  No 13-10284
Wendoly Howard       May 13, 2014

United states
  vs                  155 F 3d 1090
Havieri              1092 9th cir 1998

United States
  vs
Hall. 419 F 3d 980 986 9th cir 2005.

But see These Two cases;
Morrissey V. Brewer. 408 U.S 471, 92 s.ct. 2593
                    33 L Ed 2d 484

Skinner vs Switzer No. 09-9000, 2011
  363 Fed Appx 302.

I Never Had The oppermunity To Confront Any witness; Confrontation Is A Right
The parole office Report No not "Reflect fact"
See Comito 177 F 3d at 1172, Martin 984 F2d a
311)" Comito 177 F 3d
The parole officer violated my Due process for she never sent my urew off To The state Crime LaB Nor produce A Results of The Test., see 411 U.S. 778 93 S.ct. 1756
36 L.Ed 2d 656 70.00 2d 279 Gagnon vs Scarpelli.

(12)

My Parole officer Miss Hunt, Just made Arbartary statement's she Never provide ANY uren Test. Mrs Hunt my parole officer Claim That I Test postive For Cocaine And That I possess Cocain But When I Ask her For A copy of The Report on 1-8-15 she said That she did Not have one; That violated my Right To Confrontation see U.S. vs martin 984 F2d 308 That while Acting under The Color of State Law, The Defendant's New or should Have Known That There Conduct Would Results In The depravation of The plaintiff protected Constitutionals Rights 66 Every person who, under Color of Any statute, ordinance. Regulation, Custom or usage, of Any state or Territory, or the District of Columbia subjects, or causes To be Subjected, Any Citizen of the United States or other person within the Jurisdiction thereof to the deprivation of Any Right, privileges or Immunities secured by the Constitution Shall be Liable to the party Injured

3

In An Action at Law; Suit In Equity or other Proper proceeding For Redress. see Monroe V Pape 365 U.S. 167 (1961). In This Case plaintiff Willie Munn Was on parole, July 16, 2013; His Parole Officer Was Name Miss Williams; Also see Monell V New York City Dep't of Social Services, 436 U.S. 658 (1978);

## Back Ground

July 16 2013 munn Was parole To Hempstead County In Hope Arkansas; There He Take Care His Blind 80 Years old mother; And Help with with His Father whoes 83 Years old; He have To Ride A medical Van To The Doctor with His mother, He Attend Sunday School And Church Every Sunday was Active within his Church And Cummunity; miss williams Told me To Repore on time And Dont Lie To Her; I was on maximum Supervision, Then Every 90 day's Then I was place upon one Year; But Around May 4, 2014 No August 4, 2014; miss Hunt Became my parole officer But did not Let me Know For 7 months She never call me, never wrote A Letter. never came To my House, never sent The Parole or police officer To my Home.

4

She Never Provide me with Any Test from Any one Showing How They Recieved my uren simple How They Test my uren But made statement That I Possess Cocaine And Tested postive For The Drug There no where That Any Drugs Was Found on me personal or That my Blood or uren Reveal postive Testing; Just A Arbartary And Conjecture statement's That Cause my Liberty To Be Restrain without Due process of Law And I was Return To prison, There no Letters Affidavits or other Material To Support The Police officer Testiomys or mrs Hunt testiomy; They Never Produce Any Report when I ASK Them on 1-8-15 Violated Due process of Law And my 5th 8th N 14th Amend Rights of The State And united States Constitutionals Rights. There was Never A Analysis Test of Any Kind Just " Fatally Arbitrary" AN Essential Element of Any Substantive due process U.S.C.A. Const. Amend. 14. plaintiff Did Not Recieve A perlimnary hearing; The parole officer Miss Hunt use False statements And Testiomy Known That It was False; with potentially misleading "Endangerment" Language U.S.C.A. Const. Amend's US v. Harier    (5) 155 F3d 1090

Plaintiff Asserts That the Commission failed To Provide him with due process In Various Respects time of preliminary hearing, time of parole Rescission hearing, And fairness of preliminary hearing because The Ivestigating officer was the Same Individual Who made the Recommendation. These due process Concerns Raise An Issue of First Impression See Morrissey V, Brewer 408 U.S. 471 489 92 S ct 2593 2601, 33 L Ed 2d 484 (1972) Pavson V Edwards 709 F Supp 548 551 M.D.Pa. 1988 Morrissey 408 U.S. at 485-89 92 S.ct at 2602-04 Bond v Fulcomer 864 F2d 306, 307 N. 7 3d cir (1989): The Parole officer Never Produce Any uren Test From The state or state Crime Lab; I Recieve This Sentence Around 2011 This was A Techinal violation But I was sent To Ark Dept of Correction For 6 months when (TVP) Keep You For 60 day's showe that I was Prejudices And Discrination Against Since This was my First violation I should have had A Saintion Verble Counsel In House For 60 day's Act 570 2010, The Thing Here In Munn violation Report It Nothing In The Record To Collabrate What The parole officer or The Two city Police Allagation Support

6

I mean that the Court Took You Talking About, They Call It Evidence Not Arbartary And conjucture statements. The Constitutional Right's Rule of Evidence; Also Support what I am talking about. The 5th Amend State In Part; [N]o person shall deprive Any person of Life Liberty or property without Due process of Law. Also Prohibits Double Jeopardy, Twice Put In Life or Lim for same offense; my Parole officer Miss Hunt made All These Allagations But do Not have Nothing In The Record To support Them; Now Two paster supported That I usher Be In Sunday School, Church, Work community with other, Allcare pharmacy produce Drugs I take for my Illness That might show postive Drugs Test But parole officer did not produce And Local or State or federal uren test To support her Allagations. Disclosure of the evidence shall Be made pursuant to § 2.50(d). No evidence was ever Disclosure violate 5th 8th And 14th Amend of The state And united states Constitutionals Right's The 8th Amend prchibits The Inflicting of Cruel And unusually punishment my Liberty has Been Restrain without Due process, The 14th Amend State, [N]o state shall Deprive Any person of Life Liberty or property without Due process of Law Nor Neny To Any person within Its Juridriction The Equal protection of The Laws I feel Like I Been Rape violated

7

Munn Futher state That his Due process of Confronation Right was violated When He Ask The parole officer miss Hunt To produce The Drug Test or uren test That shows postive for Drugs, she stated she did not have one, Officer Parker, And officer Wakefield, Nether Had Any Drug Lab Report or Any Toxicology Report To Establish probable cause; I went To A hearing And All The parole officer had was Arbitrary Remarks. My parole Officer use, Autocratic which was To Much power over one person, without Any Supporting Evidence; Also She use conjucture; statements surmise; Never produce Any State Crime Lab Drugs Report's or Any Local Drug test, Denied Due process of my 5th 8th And 14th Amend Rights of Confronation, How Can I cross Examin A witness or Report when It not one In The Record, My parole should Be Re-Instated for I Been deprive of my Liberty without Any Evidence, violation of my 5th 8th & 14th Amend Rights of The States And united states Constitutionals Rights

8

On Jan 8, 2015 my Parole was Revoked, Miss Crissy Hunt, conspiricy with officer Nustin Wakefield. And Casey Parker To faulsely sent me To prison without First Given me Due Process of Law

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A Trial By A Jury
500,000.00 Compensation
500,000.00 Punitive Damages
500,000.00 Mental Angush
Job Ternamation I wont there Job Title Taken;

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 27 day of July, 2015.

Respectfully submitted,

Willie M....

PLAINTIFF, Pro Se
ADC #
Varner Unit
Arkansas Department of Correction
Grady, AR 71644

## CERTIFICATE OF SERVICE

    This is to certify that on this _____ day of _____, 20____, a copy of the foregoing motion was mailed to _____.

                                        _____
                                        PLAINTIFF, Pro Se
                                        ADC # 80042